**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
OSCAR MAGALLANES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MAGALLANES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SCOTT RICHARD HAMMOND D/B/A DRIVE-RESCUE; STEVE LOURENCO, AS TRUSTEE OF THE STEVE LOURENCO AND LAURIE WENDE LOURENCO 1998 TRUST; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 2:25-cv-08371-MAR**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

　　　　**PLEASE TAKE NOTICE** that Plaintiff OSCAR MAGALLANES ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

　　(a) **Voluntary Dismissal.**

　　　　(1)　*Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

1                (i)      A notice of dismissal before the opposing party serves either an

2                answer or a motion for summary judgment.

3  None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for

4  summary judgment.  Accordingly, this matter may be dismissed without an Order of the

5  Court.

6

7  DATED:  December 24, 2025         **SO. CAL. EQUAL ACCESS GROUP**

8

9

10                        By:    */s/  Jason J. Kim*

11                                Jason J. Kim, Esq.

                                    Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**